IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| SANDRA LUNSFORD, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NURSEONE/TEAMONE, LLC, d/b/a NURSEONE/TEAMONE, et al., <br><br> Defendants. | NO. 1:09-0027 <br> JUDGE HAYNES |

## ORDER

The Court has been advised by counsel that all remaining matters and things in controversy in this action have been compromised and settled.

This action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

**ENTERED** this the 3rd day of November, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge